**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*402 East State Street, Room 430*
*Trenton, New Jersey 08608*
*609-989-2190*

September 8, 2026

The Honorable Georgette Castner, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *United States v. Daniel Jennings, Crim. No. 19-818 (GC)*

Dear Judge Castner:

Before the Court is Defendant Daniel Jennings's third Petition alleging violations of the terms of his supervised release. ECF 49. The Court scheduled this matter for a hearing on September 9, 2026.

Since Jennings's last appearance in Court, he has been complaint with the terms of his supervised release. He is now working full-time and is receiving mental health treatment, which has been confirmed by Probation. His current term of supervision is set to expire on November 28, 2026.

The parties respectfully request that this hearing be adjourned until November 17, 2026, at 11:30 a.m., to allow for more time for the Government to evaluate Mr. Jennings's compliance with the terms of his supervised release. United States Probation, specifically his supervising Probation Officer Amy Capozzolo, consents to this adjournment request. The parties will advise prior to November 17th whether there will be a plea on that date, or whether the hearing will need to proceed as scheduled. Thank you for the Court's consideration of this request.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By: *Tracey Agnew*
Tracey Agnew
Assistant U.S. Attorney

**GRANTED**
VOSR Hearing is reset for
November 17, 2026, at 11:30 a.m. in Courtroom 5E.

**SO ORDERED**
on this 9th day of September, 2026

*Georgette Castner*
Hon. Georgette Castner, U.S.D.J.

cc: Benjamin West, Esq., via ECF
Officer Amy Capozzolo, U.S. Probation, via ECF